AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | ) |
|---|---|
| VILLAGE OF HEMPSTEAD, NEW YORK | ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:25-cv-04571 |
| | ) ) ) |
| WIN-HOLT EQUIPMENT CORP., *et al.* | ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

## SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James L. Simpson, Esq.
> NAPOLI SHKOLNIK PLLC
> 360 Lexington Avenue, Floor 11
> New York NY 10017-6502　　　　　　*JSimpson@napolilaw.com*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

**SUMMONS (RIDER)**

**DEFENDANTS' SERVICE ADDRESSES**

1. WIN-HOLT EQUIPMENT CORP.

    Service Agent:    Win-Holt Equipment Corp.
    20 Crossways Park North, Suite 205
    Woodbury NY  11797

2. HOLTLAND LLC

    Service Agent:    Holtland LLC
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington DE  19808

3. MILES MOSS OF NEW YORK, INC.

    Service Agent:    Miles Moss of New York, Inc.
    586 Commercial Avenue
    Garden City NY  11530

4. MILES MOSS OF ALBANY, INC.

    Service Agent:    Miles Moss of Albany, Inc.
    586 Commercial Avenue
    Garden City NY  11530

5. CORE & MAIN LP

    Service Agent:    Core & Main LP
    c/o Corporation Service Company
    1201 Hays Street
    Tallahassee FL  32301

6. MIKBRAD HOLDINGS, LLC

    Service Agent:    Mikbrad Holdings, LLC
    586 Commercial Avenue
    Garden City NY  11530

7. COMMANDER OIL CORPORATION

    Service Agent:    Commander Oil Corporation
    5 Fairchild Court
    Plainview NY  11803

8.    FORTUNE AVENUE HOLDINGS LLC

     Service Agent:     Fortune Avenue Holdings LLC
                               PO Box 220402
                               Great Neck NY  11022

9.    CHERY INDUSTRY EQUIPMENT (NEW YORK) INC.

     Service Agent:     Chery Industry Equipment (New York) Inc.
                               5 Peppermill Road
                               Roslyn NY  11578

10.   IRACE REALTY LLC

     Service Agent:     Irace Realty LLC
                               2 Gay Road, #5128
                               East Hampton NY  11937

11.   NASSAU CHROMIUM PLATING CO., INC.

     Service Agent:     Nassau Chromium Plating Co., Inc.
                               112-122 Second Street
                               Mineola NY  11501

12.   KENDAVE CORPORATION

     Service Agent:     Kendave Corporation
                               112 Second Street
                               Mineola NY  11501

13.   ROCOCO ASSOCIATES INC.

     Service Agent:     Rococo Associates, Inc.
                               c/o Fred Skolnik, Esq.
                               Certilman Balin Adler & Hyman, LLP
                               90 Merrick Avenue
                               East Meadow NY  11554

14.   NEW YORK UNIVERSITY

     Service Agent:     New York University
                               Office of General Counsel
                               70 Washington Square South
                               New York NY  10012

15. MEADOWBROOK MANAGEMENT & REALTY CORP.

    Service Agent:     Meadowbrook Management & Realty Corp.
                       c/o A. Cerrone
                       5 Aerial Way, Suite 100
                       Syosset, NY 11791

16. FILDON LLC

    Service Agent:     Fildon LLC
                       44 Madison Avenue
                       Hempstead NY 11550

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 5)

Civil Action No. 1:25-cv-04571

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                       *Server's signature*

                                                       _____
                                                       *Printed name and title*

                                                       _____
                                                       *Server's address*

Additional information regarding attempted service, etc: